# EXHIBIT 1



Case 2:17-cv-00929-JMV-JBC   Document 58-1   Filed 09/20/18   Page 2 of 8 PageID: 1406

GOVERNMENT EXHIBIT 38-7
CR-15-58 PG
ADMITTED IN 1/19/17 EVIDENCE











