UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re* GALENA BIOPHARMA, INC. SECURITIES LITIGATION | Civil Action No. 17-929<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 12th day of November, 2019,

**ORDERED** that Defendants' motion to dismiss, D.E. 62, is **GRANTED** and the First Amended Complaint, D.E. 58, is **DISMISSED without prejudice**; and it is further

**ORDERED** that Plaintiffs shall have thirty (30) days to file a second amended complaint, which cures the deficiencies noted in the accompanying Opinion. If Plaintiffs do not do so, this matter will be dismissed with prejudice.

_____
John Michael Vazquez, U.S.D.J.