# EXHIBIT 1

| Prescriber REMS ID | Prescriber Last Name | Q3 13 | Q4 13 | Q1 14 | Q2 14 | Q3 14 | Q4 14 | Grand Total | Insys Payment |
|---|---|---|---|---|---|---|---|---|---|
| 6826577 | Auen | | 1 | 202 | 467 | 262 | 165 | 205 | 1302 | |
| 6826754 | Couch | | | 71 | 223 | 167 | 93 | 90 | 649 | |
| 6837809 | | | 11 | 98 | 172 | 133 | 105 | 94 | 611 | X |
| | | | | 19 | 71 | 35 | 28 | 193 | |
| | | | 42 | 33 | 23 | 20 | 27 | 147 | X |
| | | | 35 | 88 | 16 | | | 139 | X |
| | | | 41 | 30 | 15 | 19 | 6 | 111 | X |
| | | | | | 28 | 40 | 38 | 106 | |
| | | 9 | 20 | | | 10 | 62 | 101 | X |
| | | | 16 | 21 | 17 | 23 | 12 | 89 | X |
| | | | 19 | 17 | 13 | 15 | 13 | 83 | X |
| | | | 27 | 23 | 13 | 5 | 5 | 73 | X |
| | | | 1 | 12 | 19 | 25 | 15 | 72 | X |
| | | 1 | 3 | 13 | 15 | 19 | 18 | 70 | X |
| | | 1 | 1 | 20 | 17 | 14 | 14 | 67 | X |
| | | | | | 10 | 22 | 34 | 66 | X |
| | | | 9 | 12 | 12 | 12 | 9 | 54 | X |
| | | | | | 8 | 17 | 23 | 48 | X |
| | | | 22 | 26 | | | | 48 | |
| | | | 11 | 26 | 6 | 4 | | 47 | X |
| | | | 28 | 10 | 5 | | 3 | 46 | X |
| | | | 8 | 9 | 4 | 12 | 9 | 42 | X |
| | | | 8 | 17 | 8 | 5 | 3 | 41 | X |
| | | | 11 | 21 | 8 | | | 40 | X |
| | | | 7 | 21 | 4 | 3 | 5 | 40 | X |
| | | | 11 | 10 | 3 | 8 | 8 | 40 | X |
| | | 2 | 13 | 6 | 5 | 5 | 8 | 39 | |
| | | | 13 | 13 | 8 | 2 | | 36 | |
| | | | | 3 | 7 | 19 | 6 | 35 | X |
| | | | | 7 | 11 | 8 | 9 | 35 | X |
| | | | 4 | 5 | 3 | 13 | 6 | 31 | X |
| | | 1 | 9 | 3 | | 7 | 10 | 30 | X |
| | | | | 3 | 8 | 8 | 11 | 30 | X |
| | | | 14 | 3 | 8 | 3 | 1 | 29 | |
| | | 1 | 5 | 5 | 6 | 8 | 4 | 29 | |
| | | | 12 | 15 | | | | 27 | X |
| | | | | 1 | 9 | 8 | 9 | 27 | X |
| | | | 4 | 9 | 4 | 6 | 4 | 27 | X |
| | | | 6 | | 3 | 11 | 6 | 26 | X |
| | | | 7 | | 5 | 4 | 7 | 26 | |
| | | | | 8 | 5 | 8 | 4 | 25 | X |
| | | | | | | 2 | 23 | 25 | |
| | | 1 | 1 | 9 | 10 | 3 | | 24 | X |
| | | 2 | 6 | 6 | 3 | 5 | 2 | 24 | |
| | | 1 | 3 | 4 | 3 | 3 | 8 | 22 | X |
| | | | | | | 9 | 13 | 22 | X |
| | | | | 2 | 14 | 4 | 1 | 21 | X |
| | | | 6 | 8 | 3 | 1 | 3 | 21 | |
| | | | 6 | 9 | 4 | 2 | | 21 | |
| | | | | | 3 | 18 | | 21 | |
| | | | | 1 | 1 | 17 | 1 | 20 | |
| | | 1 | 4 | 6 | 6 | 1 | 1 | 19 | X |
| | | | | 1 | 8 | 5 | 5 | 19 | X |
| | | | | 6 | 3 | 6 | 4 | 19 | |
| | | | | | 4 | 8 | 6 | 18 | X |
| | | | | 1 | 5 | 12 | 18 | X |
| | | | | 2 | | 9 | 7 | 18 | X |
| | | | | 4 | 5 | 1 | 8 | 18 | |
| | | | | | 2 | 5 | 11 | 18 | |
| | | | | | 4 | 5 | 8 | 17 | X |
| | | | 1 | 11 | 5 | | | 17 | X |
| | | | | | 10 | 6 | 1 | 17 | |
| | | 1 | 3 | 3 | 3 | 3 | 4 | 17 | |
| | | | | | 1 | 6 | 9 | 16 | X |
| | | | | | 11 | 4 | 1 | 16 | X |
| | | | | 3 | 5 | 4 | 4 | 16 | |

GOVERNMENT EXHIBIT 38-7  08-15-88-C9

ADMITTED IN EVIDENCE 1/19/17

| | | | | | | Total | |
|---|---|---|---|---|---|---|---|
| 1 | 3 | 3 | 3 | 3 | 3 | 16 | |
| | 9 | 7 | | | | 16 | |
| 1 | 4 | | 2 | 4 | 1 | 15 | X |
| | | 15 | | | | 15 | X |
| | 4 | 5 | 5 | 3 | 3 | 15 | X |
| 3 | | 5 | 3 | 2 | 2 | 15 | X |
| | 7 | 2 | | 3 | 3 | 15 | |
| 9 | | | 1 | 2 | 2 | 14 | X |
| | | 2 | 6 | 2 | 4 | 14 | X |
| | | | | 3 | 11 | 14 | X |
| 2 | 4 | 7 | 1 | | | 14 | X |
| | 3 | 3 | | 4 | 1 | 14 | X |
| | | 2 | 9 | 3 | | 14 | X |
| | | | 2 | 5 | 7 | 14 | |
| | 4 | 10 | | | | 14 | |
| | | | | 8 | 5 | 13 | X |
| 10 | | 3 | | | | 13 | X |
| | | 6 | 3 | 4 | | 13 | X |
| | | 1 | 4 | 5 | 3 | 13 | X |
| | | 4 | 5 | 4 | | 13 | X |
| | | 4 | 2 | 4 | 2 | 12 | X |
| | 11 | 1 | | | | 12 | X |
| | | 2 | 4 | 3 | 3 | 12 | X |
| 3 | 4 | 3 | 1 | | 1 | 12 | |
| | | | 1 | | | 12 | |
| | | | | 9 | | 12 | |
| | | | 10 | | 1 | 11 | X |
| | | | | | 1 | 11 | X |
| 1 | 9 | | | | | 11 | X |
| | | 7 | 4 | | | 11 | X |
| 2 | 7 | 2 | | | | 11 | X |
| 2 | | 2 | 4 | 3 | | 11 | |
| | | 1 | 3 | 6 | | 10 | |
| 1 | 1 | 3 | 3 | 5 | | 10 | X |
| 1 | 1 | 1 | 3 | 3 | 1 | 10 | |
| | | | 1 | 3 | 6 | 10 | |
| | | | 4 | 3 | 3 | 10 | |
| | | 1 | 5 | 2 | 1 | 9 | X |
| | | 2 | | | | 9 | X |
| 6 | | 5 | 4 | | | 9 | X |
| | 2 | 3 | 2 | | | 9 | |
| | | 1 | 2 | 4 | 2 | 9 | |
| 2 | | 3 | 1 | 1 | | 9 | |
| | 3 | 2 | 4 | | | 9 | |
| | 1 | 4 | | 1 | 3 | 9 | |
| 3 | | | | 3 | 2 | 9 | |
| | | 1 | 5 | 3 | | 9 | |
| | | | | 2 | 4 | 8 | |
| | | | 6 | 2 | 6 | 8 | X |
| | | | | 2 | | 8 | X |
| | | | | 3 | 5 | 8 | X |
| 5 | | 3 | | | | 8 | X |
| | 3 | 2 | | 3 | 3 | 8 | X |
| | | | | 2 | 1 | 8 | |
| | | | | 4 | 4 | 8 | |
| | | | | 6 | | 8 | |
| | | 4 | | | 4 | 8 | |
| | | | 5 | | 3 | 8 | |
| | | 2 | 5 | | | 7 | X |
| | | 2 | 2 | 3 | 2 | 7 | X |
| | | | 2 | | 5 | 7 | X |
| 1 | 5 | 1 | | | | 7 | X |
| 2 | 2 | | 3 | 2 | | 7 | X |
| 2 | 1 | 2 | 2 | | | 7 | X |
| | | 2 | | 6 | | 7 | X |
| 3 | 2 | | | | | 7 | X |
| 1 | 2 | 1 | 2 | | 1 | 7 | X |
| | | 3 | | | 3 | 7 | X |
| 4 | 1 | 2 | | | | 7 | X |
| | | 1 | | | | 7 | X |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | 7 | | | | | 7 | |
| | | | 1 | 3 | 2 | 1 | 7 | |
| | | | | | 2 | 5 | 7 | |
| | | 1 | 5 | | | 1 | 7 | |
| | | 7 | | | | | 7 | |
| | | 2 | 4 | | | 1 | 7 | |
| | | 5 | | | | | 6 | X |
| | | 2 | | 3 | 1 | | 6 | X |
| | | | 3 | | | 3 | 6 | X |
| | | | | | 6 | | 6 | X |
| | | | 1 | | 4 | 1 | 6 | X |
| | | | 4 | 2 | | | 6 | X |
| | | 4 | 2 | | | | 6 | X |
| | | 2 | | 1 | 1 | 2 | 6 | X |
| | 1 | 4 | 1 | | | | 6 | |
| | | 1 | 1 | 2 | | 2 | 6 | |
| | | | | 5 | 1 | | 6 | |
| | | 6 | | | | | 6 | |
| | | | | 6 | | | 6 | |
| | | 3 | 2 | | | 1 | 6 | |
| | | | | | | 6 | 6 | |
| | | | 3 | 1 | | 2 | 6 | |
| | | | | 2 | 3 | 1 | 6 | |
| | | 2 | 3 | | | | 5 | X |
| | | | | 5 | | | 5 | X |
| | | | 1 | 3 | | 1 | 5 | X |
| | | | | 2 | 2 | 1 | 5 | X |
| | | 2 | | | 1 | 2 | 5 | X |
| | | 4 | | 1 | | | 5 | X |
| | | | 2 | 1 | 1 | 1 | 5 | X |
| | | | | 2 | | 3 | 5 | X |
| | | | | 1 | 2 | 2 | 5 | X |
| | | | | 4 | | 1 | 5 | X |
| | | | 3 | | | 2 | 5 | X |
| | 2 | 3 | | | | | 5 | |
| | | | | 1 | 2 | 2 | 5 | |
| | | | | 5 | | | 5 | |
| | | | | | 2 | 3 | 5 | |
| | | | | 4 | 1 | | 5 | |
| | 1 | | | | 2 | 2 | 5 | |
| | | 4 | | | | 1 | 5 | |
| | | 3 | 2 | | | | 5 | |
| | | 5 | | | | | 5 | |
| | | | | | 1 | 4 | 5 | |
| | | | | 4 | | 1 | 5 | |
| | | | | 1 | 1 | 3 | 5 | |
| | | | | | 5 | | 5 | |
| | | | 3 | 1 | | | 4 | X |
| | | | | 3 | | 1 | 4 | X |
| | | 4 | | | | | 4 | X |
| | | 1 | 3 | | | | 4 | X |
| | | | | | 1 | 3 | 4 | X |
| | 2 | | 2 | | | | 4 | X |
| | | 2 | 2 | | | | 4 | X |
| | | | | 1 | 3 | | 4 | X |
| | | | 3 | | 1 | | 4 | X |
| | | | | | | 4 | 4 | X |
| | | | | 1 | 3 | | 4 | |
| | | | | 1 | 2 | 1 | 4 | |
| | | | | 1 | 3 | | 4 | |
| | | 4 | | | | | 4 | |
| | | | 2 | 2 | | | 4 | |
| | | | 2 | 2 | | | 4 | |
| | | | | 2 | 2 | | 4 | |
| | | | | | | 4 | 4 | |
| | | | | | | 4 | 4 | |
| | | | | | 1 | 3 | 4 | |
| | | | 1 | 1 | 1 | 1 | 4 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | 1 | 3 | | 4 | |
| | | | | 1 | 3 | | 4 | |
| | | | | | 4 | | 4 | |
| | | | | | | 4 | 4 | |
| | | | | | | 3 | 3 | x |
| | | | 1 | 1 | 1 | | 3 | x |
| | | | 2 | | | 1 | 3 | x |
| | | | | | | 3 | 3 | x |
| | | 3 | | | | | 3 | x |
| | | | | | 2 | 1 | 3 | x |
| | | | 3 | | | | 3 | x |
| | | | | | | 3 | 3 | x |
| | | 3 | | | | | 3 | x |
| | | | | 2 | 1 | | 3 | x |
| | | | | | 3 | | 3 | x |
| | | | 2 | 1 | | | 3 | x |
| | | 3 | | | | | 3 | x |
| | | | | | 2 | 1 | 3 | x |
| | | 3 | | | | | 3 | x |
| | | 3 | | | | | 3 | x |
| | | | 2 | | 1 | | 3 | x |
| | | 3 | | | | | 3 | x |
| | | 3 | | | | | 3 | x |
| | | 1 | 1 | 1 | | | 3 | x |
| | | | | 1 | | 2 | 3 | |
| | | 3 | | | | | 3 | |
| | | 1 | 2 | | | | 3 | |
| | | | 3 | | | | 3 | |
| | | 3 | | | | | 3 | |
| | | | | 3 | | | 3 | |
| | | | | | | 3 | 3 | |
| | | | 1 | 2 | | | 3 | |
| | | | 1 | | 2 | | 3 | |
| | | | | 3 | | | 3 | |
| | | | | 3 | | | 3 | |
| | | | | 3 | | | 3 | |
| | | 1 | | 1 | 1 | | 3 | |
| | 1 | 1 | | 1 | | | 3 | |
| | | 2 | 1 | | | | 3 | |
| | | | | | | 3 | 3 | |
| | | | | | 3 | | 3 | |
| | | | 3 | | | | 3 | |
| | | | | | 1 | 2 | 3 | |
| | | 3 | | | | | 3 | |
| | | 3 | | | | | 3 | |
| | | | | | | 3 | 3 | |
| | | | | | 1 | 2 | 3 | |
| | | | | | | 3 | 3 | |
| | | | | 3 | | | 3 | |
| | 1 | 2 | | | | | 3 | |
| | | 3 | | | | | 3 | |
| | | | | | 1 | 2 | 3 | |
| | | | 2 | 1 | | | 3 | |
| | | | | | | 3 | 3 | |
| | | | | | 1 | 2 | 3 | |
| | | | | | 2 | 1 | 3 | |
| | | | | | | 2 | 2 | x |
| | | | | 1 | | 1 | 2 | x |
| | | | | | | 2 | 2 | x |
| | | | | | 2 | | 2 | x |
| | | | | 1 | 1 | | 2 | x |
| | | | | | 1 | 1 | 2 | x |
| | | | | 1 | 1 | | 2 | x |
| | | | | 2 | | | 2 | x |
| | | 2 | | | | | 2 | x |
| | | | | | 2 | | 2 | x |
| | | 2 | | | | | 2 | x |
| | | 1 | 1 | | | | 2 | x |