# EXHIBIT 2



**GALENA BIOPHARMA**

# RELIEF Registry FACT SHEET

- **RELIEF** – **R**apid **E**valuation of **L**ifestyle, **I**ndependence, and **E**limination of Breakthrough Cancer Pain with **F**reedom from Oral Discomfort Through the Use of Abstral® (fentanyl) Sublingual Tablets

- Observational patient registry study as indicated for the management of breakthrough pain (BTcP) in cancer patients 18 years of age and older who are already receiving and who are tolerant to opioid therapy for their underlying persistent cancer pain.

- Any patient prescribed Abstral® for BTcP is eligible to participate.

- Transmucosal Immediate Release Fentanyl (TIRF) Risk Evaluation and Mitigation Strategy (REMS) Access program prescriber and patient enrollment required.

- Questionnaire-based study: 4 short web-based patient questionnaires completed over a 1 month study period.

- Patient self-reported outcomes:
    o Quality of Life
    o Pain Measures
    o Ease-of-use
    o Patient Satisfaction

- All patient data is de-identified to maintain HIPAA (Health Insurance Portability and Accountability Act)-compliant confidentiality.

- HCP, nurse, and patient are compensated for their time and effort.

- Multiple HCPs permitted to enroll patients at the same site.

- Individual HCPs may enroll up to 25 patients each.

**Please refer interested sites to: Carey Aron, DVM, Director, Clinical Affairs**
**caron@galenabiopharma.com**

CONFIDENTIAL


ADMITTED
IN 1/19/17
EVIDENCE


GOVERNMENT EXHIBIT
38-1
CR 15-88C9

Confidential Treatment Requested by Galena Biopharma, Inc.                                    GBI-00606699