# EXHIBIT 3

**To:**    Jeff Palmer[jpalmer@galenabiopharma.com]
**From:**  David Corin
**Sent:**   Tue 10/22/2013 10:41:09 PM
**Importance:**     Normal
**Subject:**  Fwd: Abstral RELIEF Registry Program
**Received:**     Tue 10/22/2013 10:41:10 PM

Sent from my iPhone

Begin forwarded message:

**From:** Chris Lento <clento@galenabiopharma.com>
**Date:** October 22, 2013 at 6:24:37 PM EDT
**To:** ▉▉▉▉▉ ▉▉▉ ▉ ▉▉▉▉▉▉ ▉▉▉▉▉ ▉▉
**Cc:** Mark Schwartz <mwschwartz@galenabiopharma.com>, David Corin <dcorin@galenabiopharma.com>, Allan
    Valmonte <avalmonte@galenabiopharma.com>, David Corin <dcorin@galenabiopharma.com>
**Subject: FW: Abstral RELIEF Registry Program**

    Dr. Ruan:

I hope all is well.  I was surprised to receive this note today (via Neil).  I had thought you were very excited to
    participate in Galena's RELIEF Registry.  I believe there might exist some confusion on patient eligibility.
    Would it be possible to discuss at your earliest convenience?

I am copying Mark Schwartz, (Galena COO), Allan Valmonte (Director, Clinical Affairs) and Dave Corin (Region
    Business Director).

Thank you for your consideration.


Chris Lento
**Vice President US Sales & Commercial Operations**
Office: 207-797-3851
Mobile: 201-396.6984
Fax: 503-400-6149
E-mail: clento@galenabiopharma.com
Skype: Chris.Lento


Galena Biopharma, Inc. (NASDAQ: GALE)
4640 SW Macadam Ave., Suite 270
Portland, OR 97239
▉ LinkedIn Company Profile

ADMITTED
IN 1/19/17
EVIDENCE

Ruan
Exhibit
**120**
CR 15:00088 CG

*This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or
    have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any
    unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.*


    Allan,

I want to offer you my humble apology. Dr. Ruan is unable to participate in the registry trial. Evidently, he

was under the impression that the candidates for this study would be patients with non-malignant pain. As we discussed the protocol, he informed me that his practice does not have very many patients who would qualify. I'm really sorry for this misunderstanding.

Best wishes to you. If you would like for me to approach some other physicians in my network, I am available to pursue this opportunity further.

Have a good evening.

Neil Stimpson, CCRC
Sunbelt Research Group, LLC
(251) 689-7477 cell
(251) 382-1823 office
(251) 470-6867 fax

On Oct 22, 2013, at 3:02 PM, Allan Valmonte <avalmonte@galenabiopharma.com> wrote:

Neil,

See attached as I updated our corp address.  Other than that, we should be fine.  Go ahead and route for signature on your end.

Allan A. Valmonte

*Direct:* +1.503.400.6624
*Mobile:* +1.415.609.2524
*Fax:* +1.503.400.6611
*Skype:* allan.a.valmonte

<21090332-AB4B-46EB-BA01-BA3B45EE8D60[29].png>
Galena Biopharma, Inc. (NASDAQ: GALE)
4640 SW Macadam Ave., Suite 270
Portland, OR 97239

*This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.*

<DFAEC8F8-B07E-4C92-BDD2-9A46331BE8BE[29].png> Please consider the environment before printing this e-mail.

---

**From:** Neil Stimpson ███████████████████>
**Date:** Tuesday, 22 October, 2013 11:16 AM
**To:** Allan Valmonte <avalmonte@galenabiopharma.com>
**Subject:** RE: Abstral RELIEF Registry Program

Please see attached draft agreement for Dr. Ruan.  Thanks

Neil D. Stimpson, CCRC
Research Director / President
Sunbelt Research Group, LLC
3828 St. Andrews Loop East
Mobile, AL 36693
(877) 391-0609, ext. 1 OFFICE
(251) 689-7477 CELL
(251) 470-6867 FAX

Research Director / President
Sunbelt Research Group, LLC
3828 St. Andrews Loop East
Mobile, AL 36693
(877) 391-0609, ext. 1 OFFICE
(251) 689-7477 CELL
(251) 470-6867 FAX

**From:** Allan Valmonte [mailto:avalmonte@galenabiopharma.com]
**Sent:** Friday, October 18, 2013 11:16 AM
**To:** Neil Stimpson
**Subject:** Re: Abstral RELIEF Registry Program

Neil,

Attached is the contract template, protocol and ICF.  Please take a look at the contract and make any edits to the document in tracked changes.  In parallel, take a look at the ICF and protocol to ensure that you are familiar with the procedures of the trial.

If you can remind me again of the IRB you can use?  Do you have the forms for them or do you need them from me?

Let me know if you have any questions and if there is anything I can do to assist.

Thanks,

Allan A. Valmonte

*Direct:* +1.503.400.6624
*Mobile:* +1.415.609.2524
*Fax:* +1.503.400.6611
*Skype:* allan.a.valmonte
<image001.png>
Galena Biopharma, Inc. (NASDAQ: GALE)
4640 SW Macadam Ave., Suite 270
Portland, OR  97239

*This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.*

<image002.png> Please consider the environment before printing this e-mail.

**From:** Neil Stimpson ████████████████████ >
**Date:** Wednesday, 16 October, 2013 9:02 AM
**To:** Allan Valmonte <avalmonte@galenabiopharma.com>
**Cc:** Jeff Palmer <jpalmer@galenabiopharma.com>
**Subject:** RE: Abstral RELIEF Registry Program

See attached signed CDA.

Neil D. Stimpson, CCRC
Research Director / President
Sunbelt Research Group, LLC
3828 St. Andrews Loop East
Mobile, AL 36693

**From:** Allan Valmonte [mailto:avalmonte@galenabiopharma.com]
**Sent:** Tuesday, October 15, 2013 3:40 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮t.▮
**Cc:** Jeff Palmer
**Subject:** Abstral RELIEF Registry Program

Dear Neil,

Thanks for taking the time to chat today.  As I indicated, Jeff Palmer is our TBM and in his conversation with Dr. Ruan, there is interest in the Abstral RELIEF Registry Program.  Therefore, I'm attaching our CDA.  If you find the language acceptable, please go ahead and sign off on the PDF version.  The Word version is equivalent in that if you require edits, please do so in tracked changes and then send back to me for review.

Once we have the CDA in place, I can send over the contract template, protocol and ICF template in preparation for IRB approval.

Let me know if you have any questions and I look forward to working with you on the Registry program.

Best,

Allan A. Valmonte

*Direct:* +1.503.400.6624
*Mobile:* +1.415.609.2524
*Fax:* +1.503.400.6611
*Skype:* allan.a.valmonte
<image001.png>
Galena Biopharma, Inc. (NASDAQ: GALE)
4640 SW Macadam Ave., Suite 270
Portland, OR  97239

*This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.*

<image002.png> Please consider the environment before printing this e-mail.
<image001.png>

<image002.png>

<RuanReliefAgreement-draft aav.docx>