# **EXHIBIT 7**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 15-00088-CG |
| | ) | |
| JOHN PATRICK COUCH, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICTS

WE, THE JURY, FIND THE DEFENDANT, JOHN PATRICK COUCH, M.D.,

(GUILTY) NOT GUILTY AS CHARGED IN COUNT ONE.

(GUILTY) NOT GUILTY AS CHARGED IN COUNT TWO.

(GUILTY) NOT GUILTY AS CHARGED IN COUNT THREE.

**If, and only if you find the defendant guilty of Count Three**, you must unanimously agree on whether the weight of the substance dispensed, Fentanyl, exceeded 40 grams or was 40 grams or below. Check the amount unanimously found:

____✓____ More than 40 grams of Fentanyl were involved in the offense.

_____ 40 grams or less of Fentanyl were involved in the offense.

(GUILTY) NOT GUILTY AS CHARGED IN COUNT FOUR.

(GUILTY) NOT GUILTY AS CHARGED IN COUNT FIVE.

(GUILTY) NOT GUILTY AS CHARGED IN COUNT SIX.

(GUILTY) NOT GUILTY AS CHARGED IN COUNT SEVEN.

(GUILTY) NOT GUILTY AS CHARGED IN COUNT THIRTEEN.

(GUILTY) NOT GUILTY AS CHARGED IN COUNT FOURTEEN.

(GUILTY) NOT GUILTY AS CHARGED IN COUNT FIFTEEN.

(GUILTY) NOT ~~GUILTY~~ AS CHARGED IN COUNT SIXTEEN.

(GUILTY) NOT ~~GUILTY~~ AS CHARGED IN COUNT SEVENTEEN.

(GUILTY) NOT ~~GUILTY~~ AS CHARGED IN COUNT NINETEEN.

_____
FOREPERSON

23 Feb 17
DATE

FILED IN OPEN COURT THIS 23rd DAY
OF February, 2017.

CHARLES R. DIARD, JR., CLERK

By _____
DEPUTY CLERK

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 15-00088-CG |
| | ) | |
| XIULU RUAN, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICTS

WE, THE JURY, FIND THE DEFENDANT, XIULU RUAN, M.D.,

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT ONE.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT TWO.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT THREE.

**If, and only if you find the defendant guilty of Count Three,** you must unanimously agree on whether the weight of the substance dispensed, Fentanyl, exceeded 40 grams or was 40 grams or below. Check the amount unanimously found:

✓ More than 40 grams of Fentanyl were involved in the offense.

_____ 40 grams or less of Fentanyl were involved in the offense.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT FOUR.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT EIGHT.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT NINE.

~~GUILTY~~ (NOT GUILTY) AS CHARGED IN COUNT TEN.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT ELEVEN.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT TWELVE.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT FIFTEEN.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT SIXTEEN.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT SEVENTEEN.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT NINETEEN.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT TWENTY.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT TWENTY-ONE.

(GUILTY) ~~NOT GUILTY~~ AS CHARGED IN COUNT TWENTY-TWO.

_____
FOREPERSON

_23 Feb 17_____
DATE

FILED IN OPEN COURT THIS _23rd_ DAY OF _February_, 2017.

CHARLES R. DIARD, JR., CLERK

By _____
DEPUTY CLERK

2