# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE GALENA BIOPHARMA, INC. SECURITIES LITIGATION | Case No. 2:17-cv-00929- JMV-JBC<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING DEADLINE FOR PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |

Upon consideration of the Joint Stipulation Extending Deadline on Plaintiffs' Third Amended Complaint and Setting Briefing Schedule, and good cause appearing, the Joint Stipulation is **GRANTED**.

The Court hereby Orders as follows:

1. Plaintiffs' Third Amended Complaint shall be filed on or before February 18, 2021.

2. Defendants' motion to dismiss shall be filed on or before April 5, 2021.

3. Plaintiffs' response to Defendants' motion to dismiss shall be filed on or before May 20, 2021.

4. Defendants' reply shall be filed on or before June 9, 2021.*

**IT IS SO ORDERED.**

Dated: February 3, 2021

_____
Honorable John Michael Vazquez
United States District Judge

*Upon filing of the motion to dismiss the court will administratively terminate the motion and reinstate it on May 19, 2021.