**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE GALENA BIOPHARMA, INC. SECURITIES LITIGATION | Case No. 2:17-cv-00929-JMV-JBC<br><br>**JOINT NOTICE REGARDING PROGRESS OF SETTLEMENT AGREEMENT AND REQUEST TO REOPEN CASE FOR PURPOSES OF CONSIDERING CLASS ACTION SETTLEMENT**<br><br>CLASS ACTION |

The parties file this joint notice to update the Court on the status of the fully executed class action settlement agreement in this matter. The parties are working expeditiously to finalize the settlement agreement and its exhibits, including various notices, a claim form, and proposed orders, as well as a motion for preliminary approval of the settlement. The parties anticipate finalizing and filing such documents within forty-five (45) days.

Because the settlement seeks to settle claims on behalf of the putative class, the parties request that the action be reopened for purposes of considering the class action settlement pursuant to Fed. R. Civ. P. 23(e). The parties request, however, that other deadlines in the case remain stayed pending the Court's consideration, and potential approval, of the class action settlement.

Dated: May 27, 2021

Respectfully submitted,

*/s/ Shahzeb Lari*
Shahzeb Lari (*pro hac vice*)
HUGHES HUBBARD & REED
One Battery Park Plaza
New York, NY 10004-1482
Tel: (212) 837-6000
Fax: (212) 422-4726
shahzeb.lari@hugheshubbard.com

*Counsel for Defendants SELLAS Life Sciences Group, Inc. f/k/a Galena Biopharma, Inc.*

*/s/ William B. Federman*
William B. Federman (*pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

*Lead Counsel for Plaintiffs*

*/s/ Sandra L. Musumeci*
Sandra L. Musumeci
RILEY SAFER HOLMES &
CANCILA LLP
136 Madison Avenue
6th Floor
New York, NY 10016
Tel.: 212-660-1000
Fax: 212-660-1001
*smusumeci@rshc-law.com*

David Resnicoff *(pro hac vice)*

RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Tel.: 312-471-8700
Fax: 312-471-8701
dresnicoff@rshc-law.com
*Counsel for Defendant Christopher S. Lento*

*/s/ Glenn S. Kerner*
Glenn S. Kerner
GOODWIN PROCTER LLP
620 Eight Avenue
New York, NY 10018
Tel.: 212-813-8800
Fax: 212-355-3333
gkerner@goodwinlaw.com

Richard M. Strassberg *(pro hac vice)*
Caroline H. Bullerjahn *(pro hac vice)*
Courtney D. Orazio *(pro hac vice)*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617-570-1000
Fax: 617-523-1231
rstrassberg@goodwinlaw.com
cbullerjahn@goodwinlaw.com
corazio@goodwinlaw.com

*Counsel for Defendant Mark W. Schwartz*

## CERTIFICATE OF SERVICE

This is to certify that on May 27, 2021, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record.

*/s/ William B. Federman*
William B. Federman