**KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.**
Gary S. Graifman
135 Chestnut Ridge Road
Montvale, New Jersey 07645
Telephone: (201) 391-7000

*Liaison Counsel for Lead Plaintiffs*

(*additional counsel on signature page*)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE GALENA BIOPHARMA, INC. SECURITIES LITIGATION | Case No.: 2:17-cv-00929-JMV-JBC<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Motion Day: October 18, 2021<br><br>Hon. John Michael Vazquez |

**PLEASE TAKE NOTICE** that on October 18, 2021, or as soon thereafter a they may be heard, Lead Plaintiffs Dan Grunfeld, Shawn Kracht, Joseph Selinger, James Huisman, and Brooks Lieske ("Plaintiffs"), will move the Court for entry of an Order: (i) preliminarily approving the Settlement between Plaintiffs and Defendants SELLAS Life Sciences Group, Inc. f/k/a Galena Biopharma, Inc., Mark W. Schwartz and Christopher S. Lento; (ii) conditionally certifying the Class for purposes of the Settlement; (iii) approving the notice of the proposed Settlement to the Class; and (iv) scheduling a final approval hearing for a date at the Court's convenience.

In support of this motion, Plaintiffs submit: the accompanying Memorandum of Law; the Declaration of William B. Federman in Support of Preliminary Approval and the exhibits thereto, including the Stipulation and Agreement of Settlement and exhibits thereto; the pleadings and records on file in the above-captioned action; and other such matters as the Court may consider at the hearing on this motion. Plaintiffs also submit a Proposed Order with this motion.

Dated: September 15, 2021  Respectfully submitted,

/s/*William B. Federman*
William B. Federman (*pro hac vice*)
A. Brooke Murphy (*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 234-1560
wbf@federmanlaw.com
abm@federmanlaw.com

*Lead Counsel for the Class*

Gary S. Graifman, Esq.
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road Montvale, New Jersey 07645
Telephone: (201) 391-7000

*Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/*William B. Federman*
William B. Federman