**KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.**
Gary S. Graifman
135 Chestnut Ridge Road
Montvale, New Jersey 07645
Telephone: (201) 391-7000

*Liaison Counsel for Lead Plaintiffs*

(*additional counsel on signature page*)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE GALENA BIOPHARMA, INC. SECURITIES LITIGATION | Case No.: 2:17-cv-00929-JMV-JBC<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Hearing Date: February 24, 2022<br><br>Hon. John Michael Vazquez |

**PLEASE TAKE NOTICE** that on February 24, 2022, at 10:30 a.m., or as soon thereafter as they may be heard, Lead Plaintiffs Dan Grunfeld, Shawn Kracht, Joseph Selinger, James Huisman, and Brooks Lieske ("Plaintiffs"), will move the Court for entry of an Order: (i) granting final approval of the proposed Settlement; and (2) entering the Judgment and dismissing all claims.

In support of this motion, Plaintiffs submit: the accompanying Memorandum of Law; the Declaration of William B. Federman in Support of the Motion for Final Approval of Settlement and Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Plaintiffs, and the exhibits thereto; the pleadings and records on file in the above-captioned action; and other such matters as the Court may consider at the hearing on this motion. Plaintiffs also submit a Proposed Order and Judgment with this motion.

Dated: January 25, 2022                             Respectfully submitted,

/s/*William B. Federman*
William B. Federman (*pro hac vice*)
A. Brooke Murphy (*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 234-1560
wbf@federmanlaw.com
abm@federmanlaw.com

*Lead Counsel for the Class*

>Gary S. Graifman, Esq.
>**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
>135 Chestnut Ridge Road Montvale, New Jersey 07645
>Telephone: (201) 391-7000
>
>*Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

>/s/*William B. Federman*
>William B. Federman

2